IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MALIBU MEDIA, LLC                    )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        1:14cv1176 (LMB/JFA)
                                     )
JOSHUA SILSBY                        )
                                     )
        Defendant.                   )

## ORDER

Because an Answer to the Complaint was filed on January 30, 2015, it is hereby

ORDERED that the Order of January 28, 2015 directing plaintiff to file for default

judgment be and is VACATED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this  4th  day of February, 2015.


Alexandria, Virginia

                                        /s/
                                        _____
                                        Leonie M. Brinkema
                                        United States District Judge